**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cr-0036** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **DURIAN RANDELL WILLIAMS,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is before the Court on Defendant, Durian Randell Williams' Motion for Continuance. (ECF No. 47).   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the interests of justice outweigh the interests of the public and the Defendant in a speedy trial because: (1) additional time is needed for both parties to complete their investigations and to prepare adequately for a fair and thorough trial; (2) defense counsel has discussed the extension with Defendant, who has agreed to it; (3) there are no indicia that either party has been less than diligent; and (4) no previous continuances have been given. Thus, for good cause shown, the Court **GRANTS** the Motion and hereby establishes the following revised schedule which will govern the course of this case through trial.

## I. TRIAL DATE

This case is reset for trial on  **Monday, August 3, 2026, at 9:00 a.m.**

## II. MOTIONS

All motions of any kind, except for motions in limine, by the defendant or by the government, shall be filed on or before **June 22, 2026.**   All briefs opposing said motions shall be filed on or before **June 29, 2026.**   Reply briefs will not be filed.  Upon the filing of any motion,

the movant shall state therein whether an evidentiary hearing is required and the reasons therefor. If the Court agrees, a hearing will be set forthwith.

### III.  PLEA NEGOTIATIONS AND PLEA AGREEMENT

Plea agreement discussions between the Assistant U.S. Attorney and the attorney for the defendant, pursuant to Rule 11(E), Federal Rules of Criminal Procedure, shall be commenced as soon as practicable.  If a plea agreement is reached, notice thereof shall be given to the Court forthwith and a change of plea will be scheduled.  Counsel are instructed to comply with District Order 81-5 dealing with pleas of guilty offered pursuant to a plea agreement, and pleas of guilty offered in the absence of a plea agreement.

### IV.  PRETRIAL

This matter is set for a Final Pretrial Conference on **Tuesday, July 28**, **2026, at 3:00 p.m.** Counsel shall be prepared to discuss the following matters:

(A)     Motions In Limine

(B)     Stipulations

(C)     Contested Legal Issues

(D)     Length of Trial

(E)     Voir Dire

     (1)     Procedure

     (2)     Number of Alternates

(F)     Need for Audio-Visual Equipment or Other Special Equipment

(G)     Jury Instructions

(H)     Miscellaneous Issues

## V.  <u>TRIAL PROCEDURES</u>

Counsel are instructed to review thoroughly the Court's trial procedures attached to the original Scheduling Order (*see* ECF No. 43), which are fully incorporated into this Order.  The parties are instructed that the following items must be filed with the Court on or before **July 13, 2026:**

    (A)     Motions In Limine

    (B)     Proposed Jury Instructions

    (C)     Stipulations

    (D)     List of Exhibits

    (E)     List of witnesses

Responses or objections, if any, are due one week prior to the Final Pretrial Conference.

Parties are reminded that all deadlines set forth in this Order are firm.  The parties **SHALL** file or submit to the Court's chambers all required documents by the dates set forth in this order unless <u>prior</u> approval of the Court for filing on a later date has been obtained.

Parties are also reminded that the use of mobile devices, including but not limited to text messaging and emailing, during status conferences before the Court is strictly prohibited.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**United States District Judge**

**DATED:  April 21, 2026**

3